IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| William Jones,<br><br>        Plaintiff,<br><br>vs.<br><br>BOP,<br><br>        Defendant. | C/A No. 1:18-3035-JFA-SVH<br><br>**ORDER** |

William Jones ("Plaintiff"), proceeding *pro se* and *in forma pauperis*, brought this action alleging violations of his civil rights. (ECF No. 1). In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2), D.S.C., the case was referred to a Magistrate Judge for review.

The Magistrate Judge assigned to this action[1] prepared a thorough Report and Recommendation ("Report") and opines that this Court should dismiss the complaint in this case without prejudice and without issuance and service of process because of Plaintiff's failure to prosecute under Fed. R. Civ. P. 41. (ECF No. 12). The Report sets forth, in detail, the relevant facts and standards of law on this matter, and this Court incorporates those facts and standards without a recitation.

Plaintiff was advised of his right to object to the Report, which was entered on the docket on January 7, 2019. (ECF No. 12). The Magistrate Judge required Plaintiff to file objections by

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.). The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261 (1976). The Court is charged with making a de novo determination of those portions of the Report and Recommendation to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b).

January 22, 2019. *Id.* On February 7, 2019, this Court granted Plaintiff's Motion for Extension of Time (ECF No. 16) and gave Plaintiff until March 24, 2019 to file objections. (ECF No. 17). Despite this extension of time, Plaintiff did not file any objections. In the absence of specific objections to the Report of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

After carefully reviewing the applicable laws, the record in this case, as well as the Report, this Court finds the Magistrate Judge's recommendation fairly and accurately summarizes the facts and applies the correct principles of law. Accordingly, the Court **adopts** the Report and Recommendation. (ECF No. 12). Thus, Plaintiff's Complaint is **dismissed** without prejudice and without issuance and service of process.

IT IS SO ORDERED.

April 18, 2019  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge